# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

HOWARD JOHNSON INTERNATIONAL, INC.,
*Plaintiff*

V.

NEW VISION HOSPITALITY, LLC, ET AL.,
*Defendant*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:18–CV–05407–WHW–CLW

TO: *(Name and address of Defendant):*

**NEW VISION HOSPITALITY, LLC**

R.A. Subhash Naik
5414 Pelican Hill Dr.
Bakersfield, CA 93312

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Connell Foley LLP
One Newark Center
1085 Raymond Blvd., 19th Floor
Newark, NJ 07102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

WILLIAM T. WALSH
CLERK

**John Reilly**
(By) DEPUTY CLERK



ISSUED ON 2018–04–05 09:12:59, Clerk
USDC NJD

## RETURN OF SERVICE

Service of the Summons and complaint was made by me(1) | DATE 5-17-18 7:22 AM

NAME OF SERVER (PRINT): JACKIE BRAZEAL
TITLE: PROCESS SERVER #560/KERN

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 5414 PELICAN HILL PR., BAKERSFIELD, CA 93312

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: SUBHASH NAIK, AGENT FOR NEW VISION HOSPITALITY, LLC.

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5-18-18
                Date

Signature of Server: [signature]

Address of Server: 9530 Hageman Rd #B278, Bakersfield, CA 93312

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

HOWARD JOHNSON INTERNATIONAL, INC.,
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

NEW VISION HOSPITALITY, LLC, ET AL.,
*Defendant*

CASE NUMBER: 2:18-CV-05407-WHW-CLW

TO: *(Name and address of Defendant):*

**SUBHASH NAIK**
5414 Pelican Hill Dr.
Bakersfield, CA 93312

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Connell Foley LLP
One Newark Center
1085 Raymond Blvd., 19th Floor
Newark, NJ 07102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
CLERK

**John Reilly**
(By) DEPUTY CLERK



ISSUED ON 2018-04-05 09:12:59, Clerk
USDC NJD

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 5-17-18 7:22 AM |
| NAME OF SERVER (PRINT) JACKIE BRAZEAL | TITLE PROCESS SERVER #560/KERN |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 5414 PELICAN HILL DR. BAKERSFIELD, CA 93312

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: SUBASH NAIK

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-18-18
               Date

Signature of Server

Address of Server: 9530 Hageman Rd #B278, Bakersfield, CA 93312