**Connell Foley LLP**
One Newark Center
1085 Raymond Boulevard, 19th Floor
Newark, New Jersey 07102
(973) 436-5800
Attorneys for Plaintiff, Howard Johnson International, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOWARD JOHNSON INTERNATIONAL, INC., a Delaware Corporation,<br><br>          Plaintiff,<br><br>v.<br><br>NEW VISION HOSPITALITY, LLC, a Colorado limited liability company; and SUBHASH NAIK, an individual,<br><br>          Defendants. | Civil Action No. 18-cv-05407(WHW)(CLW)<br><br>**CONSENT ORDER EXTENDING TIME TO ANSWER** |

This matter having been opened to the Court by Connell Foley LLP, attorneys for plaintiff, Howard Johnson International, Inc., and by defendants, New Vision Hospitality, LLC and Subhash Naik, and the respective parties herein having consented to extending the time for defendants to Answer or otherwise respond to the Complaint; and for good cause shown;

**IT IS** on this the _____ day of _____ 2018;

**ORDERED** that defendants, New Vision Hospitality, LLC and Subhash Naik, shall serve and file an Answer or otherwise respond to the Complaint on or before June 29, 2018.

                                                    _____
                                                    HON. CATHY L. WALDOR, U.S.M.J.

We hereby consent to the form
and substance of this Order:

**Connell Foley LLP**
Attorneys for Plaintiff,
Howard Johnson International, Inc.

By: _____
Bryan P. Couch

New Vision Hospitality, LLC

By: _____
Title: MANAGING MEMBER

Subhash Naik
_____

4567065-1